IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GEORGE GRIMES                                              PLAINTIFF

v.                        CASE NO.: 4:07cv00490 BSM

ROADWAY EXPRESS                                            DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on July 8, 2008, in favor of the plaintiff against the defendant, following two days of trial:

IT IS ORDERED, ADJUDGED AND DECREED that judgment in the amount of $183,000 is rendered for the plaintiff.

Dated this 9th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE